UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORION LABS TECH, LLC, | Case No. 4:25-cv-05045-YGR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF ORION LABS TECH, LLC'S FIRST AMENDED COMPLAINT** |
| v. | |
| TALKDESK, INC., | |
| Defendant. | |

Before the Court is Defendant Talkdesk, Inc.'s ("Talkdesk") Motion to Dismiss Plaintiff Orion Labs Tech, LLC's First Amended Complaint.

The Court, having considered the parties' briefing and arguments and the relevant facts and law, hereby GRANTS Talkdesk's Motion to Dismiss Plaintiff Orion Labs Tech, LLC's First Amended Complaint. Accordingly, all Plaintiff's claims against Talkdesk in the First Amended Complaint are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                            UNITED STATE DISTRICT COURT JUDGE