# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 23, 2025 | **Time:** 14 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 25-cv-5045-YGR | **Case Name:** Orion Labs Tech, LLC v. TalkDesk, Inc. | |

**Attorney for Plaintiff:** James Francis McDonough, III
**Attorney for Defendant:** David Conrad and Taylor Reeves

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Court Reporter:** Not Reported

## PROCEEDINGS

Motion to Dismiss – held.

The Court met with counsel and the hearing is taken off calendar.